Filed By:

Devin Rouse GC-4693
301 Morea Rd.
Frackville, Pa. 17932
1/16/20

To:

U.S. District Court (E.D. Pa.)
USDCJ Nitza I. Quinoines Alejandro
601 Market St., Rm. 2609
Phila. Pa. 19106

**FILED**

JAN 2 1 2020

KATE BARKMAN, Clerk
By_____Dep. Clerk

Re: Rouse v. Delbaso @ No. 16-cv-6451; Petitioner's Motion To Remove Counsel & Proceed Pro Se.

    Petitioner, Devin Rouse, pro se, moves the Court to remove current counsel from this case, allowing Petitioner to continue to proceed pro se, and represents:

    1. On 12/14/16, Petitioner ("Rouse") initiated 2254 proceedings in this Court pro se.

    2. Rouse represented himself the entire time (and thought he was doing a good job) until Magistrate Judge Hey recommended Rouse's petition be denied. See, ECF Doc. 71.

    3. This caused Rouse to "panic" and urge his family to raise money for a lawyer (because Rouse himself is indigent), because Rouse believed that he must've wasn't arguing something correctly.

    4. On 6/6/17, Rouse filed a motion for appointment of counsel. See, Doc. 22.

    5. Magistrate Judge Hey denied the motion for appointment of counsel when she issued her R&R.

    6. In a panic, Rouse's family managed to raise $5,000 to retain an attorney.

    7. The search began and Michael Wiseman, Jules Epstein and Marsha@mshienlaw.com, were all contacted. All wanted atleast $15,000.

    8. An attorney named Kenneth Edelin guided us to Richard Fuschino, who would give us a "deal" for $12,500 to handle all filings in the district court.

9. He wanted $5,000 down and $1,000 per month thereafter. After the down payment, he entered his appearance on 12/7/18. See, Doc. 76.

10. After reviewing Rouse's supplemental objections (when it was just a draft), counsel filed his objections to the R&R. See, Doc. 81.

11. However, counsel was supposed to allow Rouse to "review" his objections before filing it. But he never did.

12. This caused Rouse to file his supplemental objections pro se, in an abundance of caution. See, Doc. 83.

13. Although counsel said he felt "strongly" that relief would be granted, he never answered Rouse's letters, messages or phone calls after the Respondents filed their Response. See, Doc. 90.

14. Nevertheless, Rouse filed Amended Objections (Doc. 85), a Sur-Reply (Doc. 91), an Emergency Objection (Doc. 93) and notified the Court of a new case he believed was relevant to an issue in Rouse's petition (dated 1/9/20).

15. All of these filings were sent to counsel, however, he hasn't responded to any of them or contacted Rouse about them.

16. Rouse & his family feel as though they were "bam-boozled" by counsel.

17. No one has heard from him in months, although he's been contacted numerous times. Its like once he got his money, he slowly faded away.

18. Now, Rouse currently fears that counsel's "absense" is and will harm him eventually.

19. Counsel's objections to the R&R was deficient & riddled with factual error, which led Rouse to believe counsel never reviewed Rouse's supplemental objections (when it was only a draft), because if he did, he never would made those mistakes, which is why Rouse followed up his objections with the supplemental objections.

20. Rouse is currently interested in inquiring about entering into negotiations with Respondents to resolve this matter, however, counsel is "M.I.A.".

21. Rouse's petition has raised issues that could potentially warrant relief, but not with current counsel as lead attorney.

Based on the above, Rouse moves the Court to remove counsel & allow him to continue to proceed pro se.

Respectfully submitted,

D— R——

JAN 2 1 2020

## Proof Of Service

I, Devin Rouse, pro se, hereby certify that I am, this day, serving the following Motions on the following parties and in the manner indicated below, which service satisfies FRCP 5(b)(2)(B):

~~1 copy, 1st class mail, to:~~

ADA, ~~Douglas Weck Jr.~~ MAX KAUFMAN
Phila. DA's Office
3 S. Penn Square
Phila. Pa 19107

1 copy, 1st class mail, to:

Richard Fuschino Jr., Esquire
1600 Locust St.
Phila. Pa. 19103

2 ~~1~~ copy, 1st class mail, to:

Nitza Quinones Alejandro (USDCJ)
US District Court (E.D. Pa.)
601 Market st., Rm. 2609
Phila. Pa. 19106

FILED
JAN 2 1 2020
KATE BARKMAN, Clerk
By_____Dep. Clerk

Dated: 1/16/20

Devin Rouse GC-4693

\* Motion To-Remove Counsel

D. Reese GC-8893
301 Morea Rd.
Frackville, PA 17932

INMATE MAIL
PA DEPT OF CORRECTIONS

US POSTAGE >> PITNEY BOWES
ZIP 17932 $ 000.65
02 4W
0000364159 JAN 17 2020

AY: US District Court
S.W. Mitza Ocaoves Alejandro
601 Market St, Rm. 2609
Phila, PA 19106

Legal Mail —