IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DEVIN ROUSE, :
  Petitioner :
     v. : 2:16-cv-06451
:
ELIZABETH DELBALSO, et al., :
  Respondents

## MOTION TO WITHDRAW AS COUNSEL

1) On or around December 7, 2018, counsel entered an appearance in the above matter to address Objections to the Report and Recommendation of the Magistrate Judge Devin Rouse's pending *habeas corpus* pursuant to 28 U.S.C. § 2254.

2) After counsel reviewed the record, researched the law, and discussed the case with Devin Rouse, counsel filed objections with this honorable Court.

3) Thereafter, Devin Rouse, who had hitherto represented himself, filed Supplemental Objections to the Report and Recommendation.

4) On or about April 10, 2019, counsel for the Respondents contacted counsel to request an unopposed extension, a courtesy they granted twice to counsel in filing objections for Devin Rouse; counsel extended them the same courtesy and did not oppose the extension.

5) Several days thereafter, Devin Rouse contacted counsel to complain and request the extension be opposed; counsel explained that he had already consented, and that he himself had made two extension requests.

6) Devin Rouse thereafter submitted a *pro se* surreply to the response to the objections.

7) In January 2020, Devin Rouse requested that this Court remove counsel and permit him to continue *pro se*; therein he lists a number of spurious claims regarding counsel.

8) While counsel takes exception to the content of this request, counsel agrees it is appropriate to withdraw at Devin Rouse's request.

Respectfully submitted,

/s/Richard J. Fuschino, Jr.
Richard J. Fuschino, Jr.